**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL., § § § | |
| Plaintiffs, § § | CASE NO. 6:12-cv-620 |
| vs. § § | |
| WAL-MART STORES, INC., § § | |
| Defendant. | |

## ORDER

Plaintiffs The Regents of the University of California and Eolas Technologies Incorporated filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) in this case. Docket No. 17. Accordingly, Plaintiffs' claims against Wal-Mart Stores, Inc. are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 10th day of March, 2014.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**